UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIUS IMBREA,<br><br>　　　　　　　Defendant. | Case No. MJ24-128 MLP<br><br>DETENTION ORDER |

Defendant Marius Imbrea is charged with reentry of removed alien, 8 U.S.C. § 1326(a). The Court held a detention hearing on March 1, 2024, pursuant to 18 U.S.C. § 3142(f)(2), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2), as there is sufficient information to find a serious risk that Mr. Imbrea will flee.

2. Mr. Imbrea stipulated to detention.

3. Upon advice of counsel, Mr. Imbrea declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

DETENTION ORDER - 1

4. Mr. Imbrea poses a risk of nonappearance due to possession of a foreign passport, use of an alternate name, prior removal from the United States, a detainer from another agency, and noncompliance with court orders. Mr. Imbrea poses a risk of danger due to his arrest record and noncompliance with court orders.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Imbrea's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Imbrea shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Imbrea shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Imbrea is confined shall deliver Mr. Imbrea to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Imbrea, to the United States Marshal, and to the United States Pretrial Services Officer.

1   DATED this 1st day of March, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3